2/14/20 af
**UNSEALED PER ORDER OF COURT**

~~SEALED~~

FILED

2019 NOV 19 P 4:29

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>DEEPANSHU KHER,<br><br>          Defendant. | Case No. **19CR4643 H**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 1030(a)(5)(A) and (c)(4)(B)(i) – Intentional Damage to a Protected Computer |

The grand jury charges:

On or about August 8, 2018, within the Southern District of California and elsewhere, defendant DEEPANSHU KHER, did knowingly cause the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer used in and affecting interstate commerce and communication, that is, causing damage to at least one protected computer that hosted the website of Company A, a San Diego company, causing a loss to Company A aggregating at least $5,000 in value during a one-year period; in violation of Title 18, United States Code, Section 1030(a)(5)(A) and (c)(4)(B)(i).

DATED: November 19, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
Acting United States Attorney

By: _____
ALEXANDRA F. FOSTER
Assistant U.S. Attorney

AFF:nlv:San Diego:11/18/19