

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Deepanshu KHER,<br><br>Defendant. | Case No.: 19CR4643-H<br><br>**FINDINGS AND RECOMMENDATION UPON A GUILTY PLEA** |

Upon Defendant's request to enter a guilty plea to Count(s) 1 of the Indictment under Federal Rule of Criminal Procedure 11, and with the written consent of all the parties, the District Judge referred this matter to the Magistrate Judge.

Thereafter, in full compliance with Rules 11 and 59, the Magistrate Judge held a guilty plea hearing.

## **FINDINGS**

Based on that hearing, including Defendant's allocution under oath and in the presence of counsel, and after considering the records in the court docket, including any plea agreement, this Court finds that:

1. Defendant understands:

a. The government's right, in a prosecution for perjury or false statement, to use against the defendant any statement that the defendant gives under oath;

b. The right to persist in a plea of "not guilty";

c. The right to a speedy and public jury trial;

d. The right to be represented by counsel - and if necessary have the court appoint counsel - at trial and at every other stage of the proceeding;

e. The right at trial to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

f. Defendant's waiver of these trial rights if the court accepts the guilty plea;

g. The nature of each charge to which Defendant is pleading;

h. Any maximum possible penalty, including imprisonment, fine, and term of supervised release;

i. Any mandatory minimum penalty;

j. Any applicable forfeiture;

k. The court's authority to order restitution;

l. The court's obligation to impose a special assessment;

m. In determining a sentence, the court's obligation to calculate the applicable sentencing-guideline range and to consider that range, possible departures under the Sentencing Guidelines, and other sentencing factors under 18 U.S.C § 3553(a);

n. The terms of any plea-agreement provision waiving the right to appeal or to collaterally attack the conviction and/or sentence; and

    o.    That, if convicted, a defendant who is not a United States citizen may be removed from the United States, denied citizenship, and denied admission to the United States in the future.

2. Defendant's guilty plea is made knowingly, intelligently, and voluntarily, and did not result from force, threats, or promises (other than those made in a plea agreement).

3. There is a factual basis for Defendant's plea.

4. Defendant is competent to enter a plea.

## **RECOMMENDATION**

I therefore recommend that the District Judge accept Defendant's guilty plea to the aforementioned count(s).

The sentencing hearing will be before **United States District Judge Marilyn L. Huff** on **January 11, 2021**, at **9:00 a.m.** The Court excludes time from September 24, 2020, through January 11, 2021, on the grounds that the District Judge will be considering the proposed plea agreement and tendered plea 18 U.S.C. § 3161(h)(1)(G)&(H).

If not made within 14 days of this order, objections to these Findings and Recommendations are waived. If the parties waive the preparation of the Presentence Report, objections are due within three days of this Order.

Dated: September 24, 2020

Hon. Andrew G. Schopler
United States Magistrate Judge