# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR4643-H |
| Plaintiff, | ORDER ACCEPTING PLEA |
| v. | |
| DEEPANSHU KHER, | |
| Defendant. | |

No objections having been filed, IT IS ORDERED that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1 of the Indictment.

DATED: October 13, 2020

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-